166 A.3d 233

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TERRANCE TRAVERS (A/K/A TERRANCE L. TRAVERS), DEFENDANT-PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001249–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 233

SUFALAM, INC., A CORPORATION OF THE STATE OF NEW JERSEY, AND ONE UNION AVENUE CORPORATION, A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFFS-PETITIONERS, v. SOMERVILLE BOROUGH PLANNING BOARD, AND THE BOROUGH OF SOMERVILLE, AND MAYOR AND COUNCIL OF THE BOROUGH OF SOMERVILLE, DEFENDANTS-RESPONDENTS.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005068–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.